IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 14 AM 11:02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| SHELBY COUNTY HEALTH CARE CORPORATION d/b/a REGIONAL MEDICAL CENTER, <br><br> Plaintiffs, <br><br> VS. <br><br> L.A. DARLING COMPANY, <br><br> Defendant. | NO. 2:04-CV-2177-Ma |

## ORDER OF DISMISSAL WITH PREJUDICE

Comes now the parties, Teresa A. McCullough, as attorney for the Plaintiff, and John W. Guarisco and Cheryl Rumage Estes, as attorneys for the Defendant, of this cause and for cause of action would show to the Court as follows:

1. That the parties have settled their differences.

2. That the claim has been paid in full.

3. That the cause be dismissed with prejudice with each party bearing its own costs and attorney fees.

ALL OF WHICH IS, THEREFORE, ORDERED, ADJUDGED AND DECREED.

_____
SAMUEL H. MAYS, JR.
United States District Court Judge

DATE: July 13, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-18-05

_____
TERESA A. McCULLOUGH
Attorney for Plaintiff (17957)

_____
JOHN W. GUARISCO
Attorney for Defendant

Cheryl Rumage Estes (by consent 6-27-05).
_____
CHERYL RUMAGE ESTES
Attorney for Defendant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:04-CV-02177 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Elaine Cribbs Rizza
THE RIZZA GROUP PROFESSIONAL CORPORATION
311 Allison Ave.
Washington, PA 15301

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Teresa Ann McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

John W. Guarisco
NEAL GERBER & EISENBERG, LLP
Two North LaSalle St.
Ste. 2200
Chicago, IL 60602--380

Cheryl R. Estes
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 South Main Street
Ste. 2900
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT